# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title:** | Raposo et al v. Ocwen Loan Servicing, LLC et al | **Case No:** | 09–27153 – E – 13 |
| | | **Adv No:** | 15–02095 – E |
| | | **Date:** | 11/19/2015 |
| | | **Time:** | 01:30 |
| **Matter:** | [29] – Order to Appear Re: Attorney Representation Re: 1 Complaint [RHS–1] ; Hearing to be held on 9/24/2015 at 01:30 PM at Sacramento Courtroom 33, Department E. (fdis) | | |
| **Judge:** | Ronald H. Sargis | **Courtroom Deputy:** | Janet Larson |
| **Department:** | E | **Reporter:** | Diamond Reporters |

**APPEARANCES for:**
**Movant(s):**
**Respondent(s):**
    Plaintiff's Attorney – Peter L. Cianchetta
    Defendant's Attorney – Nichole Glowin

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Order to Appear having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, the court having previously continued the hearing to 1:30 p.m. on November 19, 2015 (Dckt. 40); and good cause appearing;

IT IS ORDERED that the Order to Appear is discharge.

IT IS FURTHER ORDERED that the court vacates the suspension of Federal Rule of Civil Procedure 41, and it is in full force and effect, through Federal Rules of Bankruptcy Procedure 7041 and 9014.

Dated: November 25, 2015

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court